DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABEL PEREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2238

[October 18, 2018]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 311994CF000223A.

Abel Perez, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***